CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for the Bankruptcy Estate of Wayne William Bennett,
Deceased Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 17-30600 HLB |
| Wayne William Bennett, | Chapter 11 |
| | **DECLARATION OF CHRIS D. KUHNER RE NO OBJECTION TO MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE** |
| Debtor. | |

I, Chris D. Kuhner, declare as follows:

1. I am an attorney at law duly admitted to practice before this court and am a shareholder in the law firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., attorneys of record for the debtor Wayne William Bennett.

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. On August 28, 2020, my office served upon all creditors a Notice of Opportunity for Hearing on Motion for Entry of Final Decree and Order Closing Case as required pursuant to Bankruptcy Rule 3022.

4. All creditors and interested parties were notified that they had 14 days to object or request a hearing. As of this date, no objection or request for a hearing has been filed with the

Case: 17-30600    Doc# 357    Filed: 09/16/20    Entered: 09/16/20 16:51:35    Page 1 of 2

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

court or served upon the undersigned.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 16th day of September, 2020 at Oakland, California.

/s/ Chris D. Kuhner

Case: 17-30600    Doc# 357    Filed: 09/16/20    Entered: 09/16/20 16:51:35    Page 2 of 2

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612