

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES,
KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Signed and Filed: September 17, 2020

_____
**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

Attorneys for the Bankruptcy Estate of Wayne William Bennett,
Deceased Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | Case No. 17-30600 HLB |
| Wayne William Bennett, | Chapter 11 |
|  | **FINAL DECREE AND ORDER CLOSING CASE** |
| Debtor. |  |

Based upon the Motion for Entry of Final Decree and Order Closing Case filed herein, along with the Declaration of Chris D. Kuhner filed in support thereof, and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. The Final Decree is hereby entered; and

2. The Chapter 11 case is hereby closed.

***END OF ORDER***

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

-1-

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600  Oakland, California 94612

COURT SERVICE LIST

No service list required

Case: 17-30600    Doc# 358    Filed: 09/17/20    Entered: 09/17/20 08:05:50    Page 2 of 2